# Exhibit 4

| | | |
|---|---|---|
| Stroke education 2014 - Reba Rehab - Rehab Services | 0:00 | 03/07/2014 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |
| Joint Commission Survey Prep for stroke certification. Attendance sheet and info scanned to J:OP Rehab\Inservices | | |

| | | |
|---|---|---|
| RRC Therapy Dept Meeting 2014 - Rehab Services | 0:00 | 01/29/2014 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

| | | |
|---|---|---|
| Hazard Communication | 1:15 | 11/27/2013 |
| ==Alternative Resolution of Conflicts - ARC== | ==0:55== | ==11/27/2013== |

| | | |
|---|---|---|
| Virtual Reality Augmented Therapy/Omnistim - Rehab Services | 2: *did not opt out* | A |
| **COMMENTS** | | |
| 2 CEU's | | |

| | | |
|---|---|---|
| Reba Therapy Dept Meeting/October 2013 - Rehab Services | 0:0 | |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

| | | |
|---|---|---|
| Reba Rehab therapy dept meeting Sept 2013 - Rehab services | 0:00 | 09/04/2013 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

| | | |
|---|---|---|
| Reba Therapy Dept/Sept 2013 competency:Precautions - Rehab services | 0:00 | 09/04/2013 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

| | | |
|---|---|---|
| Reba Rehab Therapy Dept Meeting July - Rehab services | 0:00 | 07/25/2013 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

| | | |
|---|---|---|
| Reba Rehab Dept Meeting June - Rehab Services | 0:00 | 06/14/2013 |
| **COMMENTS** | | ADMINISTRATOR-ENTERED |

**Course Details**
**Alternative Resolution of Conflicts-ARC**
Estimated Course Length: 55 minutes


Share This Course   Course Overview   ‹ Exit Course

✓ You have successfully completed this course.

**Course Learning Activities**

You are enrolled in this course. Click the "Course Overview" link above to review the course description, learning objectives, and all available CE credit prior to beginning the learning activities below. (For CE Credit information, scroll down.)

| Learning Activity | Status | Score | Last Accessed |
|---|---|---|---|
| Step One-Review ARC Summary★ | Completed | | 11/27/2013 12:11 PM |
| Step Two-Read ARC Agreement★ | Completed | | 11/27/2013 12:15 PM |
| Step Three-Review ARC Acknowledgement★ | Completed | | 11/27/2013 12:23 PM |
| ARC Attestation★ | Passed | 100% | 11/27/2013 12:24 PM |
| OPTIONAL- Opt Out Form | Not Yet Started | | |

This is the completion status for Alternate Resolution of conflicts -ARC for employee Kathryn L. Barker. (KB84505)

Casey Scoggins
TMC LMS Administrator

*[signature: Casey Scoggins]*