IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN L. BARKER,<br>   *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-502 |
| UHS OF TEXOMA, INC.<br>d/b/a TEXOMA MEDICAL CENTER,<br>   *Defendant*. | § § § | |

## ORDER

This matter is before the Court on Defendant UHS of Texoma, Inc. d/b/a Texoma Medical Center's ("Defendant" or "Texoma") *Motion to Compel Arbitration* (Dkt. 11).

The Court, having considered the Motion, any Response by Plaintiff Kathryn L. Barker ("Plaintiff" or "Barker"), any reply by Defendant, as well as the argument of counsel, is of the opinion that Defendant's Motion should be **GRANTED**. It is therefore

**ORDERED** that Plaintiff shall arbitrate her claims against Defendant in accordance with arbitration requirement in the parties' *Alternative Resolution of Conflicts* Agreement. It is further

**ORDERED** that Plaintiff's claims against Defendant are dismissed without prejudice.