# EXHIBIT A



**Your guide to resolve workplace conflicts.**

A difference of opinion, a misunderstood action, or a disagreement in interpreting rules, these common situations can result in conflict and can impact healthy working relationships. In the workplace, such things can leave both sides feeling as if there is no way to reach a reasonable solution.

Many disputes can be resolved simply in early stages through conversation. We have long encouraged direct, internal communication through our employee Dispute Resolution policy. However, if direct communication is not able to resolve the dispute, outside assistance may be an effective way to settle disagreements.

We are implementing a new program called Alternative Resolution for Conflict (ARC). ARC is a non-adversarial approach where an impartial third party guides you and your employer through conversation in an established step-by-step process.



Tier 1-Dispute Resolution Policy-Problem Solving Procedure
Tier 2- Mediation
Tier 3- Arbitration



**Tier 1**
In the first of three Tiers, you will continue to bring any workplace concerns directly to us by following the procedures in the Dispute Resolution Policy-Problem Solving Procedure as outlined in your Employee Handbook. This is considered Tier 1, and most concerns will be resolved at this level.

**Tier 2**
If Tier 1 doesn't result in a resolution, you may choose to proceed to Tier 2: Mediation. Mediation is a voluntary process where procedures and conversations are facilitated by a neutral third party whose purpose is to help both you and your employer reach an agreeable resolution. There are guidelines to help begin the process online at the American Arbitration Association website: www.adr.org.

**Tier 3**
If a solution to your concerns is not resolved at Tier 2, then you can proceed with Tier 3, Arbitration. Arbitration is a hearing and an alternative to court. Arbitration is overseen by an arbitrator who is a professional, independent, and impartial third party who listens to both sides, reviews evidence, and renders a final, binding decision.

In short, Tier 1 provides you with an opportunity to directly resolve concerns with your employer. If necessary, Tier 2 provides an opportunity for both parties to tell their stories with a listener who provides an objective view of the grievance and offers options to resolve the dispute. Finally, Tier 3 provides both parties with a neutral decision maker who is empowered to end the dispute.

Please review the ARC Agreement that is included in this module. You have 30 days from the date you complete this course to return the ARC Opt-out Form if you do not wish to participate in the program.

Thank you for helping maintain a fair and productive workplace.