# EXHIBIT C



## ARC ACKNOWLEDGEMENT FORM

      We are rolling out a new 3-tier program for resolution of workplace disputes, known as Alternative Resolution of Conflicts (ARC). ARC is an agreement to arbitrate disputes in the workplace. ARC is a contract between you, the employee, and your employer. ARC does not change any other terms and conditions of employment; it simply is a contract where you and your employer agree to resolve any formal disputes through arbitration instead of litigation.

      I acknowledge that I received a copy of the ARC Agreement and Opt-Out Form (attached to this course.) I understand it is my responsibility to review the ARC Agreement.

      I understand that Arbitration is not a mandatory condition of employment. I understand that I may opt out of the ARC Program by submitting a completed Opt-Out Form in person, by fax, or mail to the Human Resources Department within thirty days of the date below. I understand that if I opt out of the ARC Program, I will not be subject to any adverse employment action as a consequence of that decision and may pursue any available legal remedies.

**I FURTHER UNDERSTAND THAT IF I DO NOT OPT OUT OF THE ARC PROGRAM WITHIN THIRTY DAYS OF TODAY'S DATE, I WILL BE BOUND BY THE ARC AGREEMENT.**