# EXHIBIT D



## ARC Attestation

STATUS: In Progress  QUESTIONS: 1

## Question 1 of 1

I acknowledge this course contains the ARC Program materials, and I have had an opportunity to review them.

○ I acknowledge this course contains the ARC Program materials, and I have had an opportunity to review them.

○ I acknowledge this course contains the ARC Program materials, but have difficulty understanding or accessing the information.

Complete Test