# EXHIBIT E



**Course Details**
**Alternative Resolution of Conflicts-ARC**
Estimated Course Length: 55 minutes


Share This Course | Course Overview | Exit Course

✓ You have successfully completed this course.

### Course Learning Activities

You are enrolled in this course. Click the "Course Overview" link above to review the course description, learning objectives, and all available CE credit prior to beginning the learning activities below. (For CE Credit Information, scroll down.)

| Learning Activity | Status | Score | Last Accessed |
|---|---|---|---|
| Step One-Review ARC Summary | Completed | | 11/27/2013 12:11 PM |
| Step Two-Read ARC Agreement | Completed | | 11/27/2013 12:15 PM |
| Step Three-Review ARC Acknowledgement | Completed | | 11/27/2013 12:23 PM |
| ARC Attestation | Passed | 100% | 11/27/2013 12:24 PM |
| OPTIONAL- Opt Out Form | Not Yet Started | | |

Kathryn Barker's completion status for ARC.

*[signature]*
LMS Admin