# EXHIBIT F



# Certificate of Completion

This is to Certify
KATHRYN BARKER
has completed the course
"Alternative Resolution of Conflicts"

11/27/2013

HealthStream