## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| KATHRYN L. BARKER, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-502 |
| | § | |
| UHS OF TEXOMA, INC. | § | |
| d/b/a TEXOMA MEDICAL CENTER, | § | |
|     *Defendant*. | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

Before the Court is Defendant UHS of Texoma, Inc. d/b/a Texoma Medical Center's ("Defendant" or "Texoma") *Motion to Compel Arbitration*, Doc. 11. After reviewing Texoma's *Motion to Compel Arbitration*, Plaintiff Kathryn L. Barker's ("Plaintiff" or "Barker") *Response to Defendant's Motion to Compel Arbitration*, Doc. 18, Texoma's *Reply in Support of Motion to Compel Arbitration*, Doc. 19, and Texoma's *Supplemental Reply in Support of Motion to Compel Arbitration*, Doc. 35, the Court finds that the *Motion to Compel Arbitration* is well taken and should, in all things, be **GRANTED**. It is therefore

**ORDERED** that Barker shall arbitrate her claims against Texoma in accordance with arbitration requirement in the parties' *Alternative Resolution of Conflicts* Agreement. It is further

**ORDERED** that Barker's claims alleged against Texoma in her *Complaint*, Doc. 1, are dismissed in their entirety, with prejudice.

**SO ORDERED**.